Nathan A. Oyster (SBN 225307)  
E-mail: noyster@bwslaw.com  
Caylin W. Jones (SBN 327829)  
E-mail: cjones@bwslaw.com  
BURKE, WILLIAMS & SORENSEN, LLP  
444 South Flower Street, Suite 2400  
Los Angeles, California 90071-2953  
Tel: 213.236.0600 Fax: 213.236.2700  

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORON L. LOWE, <br><br> Plaintiff(s) <br><br> v. <br><br> COUNTY OF RIVERSIDE, et al. <br><br> Defendant(s). | CASE NUMBER <br><br> 5:24-cv-00169-SSS (SHKx) <br><br><br> REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

COUNTY OF RIVERSIDE  
*Name of Party*

☐ Plaintiff  ☑ Defendant  ☐ Other _____

hereby requests that the Court approve the substitution of  NATHAN A. OYSTER  
*New Attorney*

as attorney of record instead of  TONY M. SAIN (SB 251626)  
*Present Attorney*

Dated 3/12/2024

*Signature of Party/Authorized Representative of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated 3/12/2024

/s/ Tony M. Sain  
*Signature of Present Attorney*

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated 3/12/2024

/s/ Nathan A. Oyster  
*Signature of New Attorney*

SBN 225307  
*State Bar Number*

---

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (07/12)   REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY