# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORON L. LOWE,<br><br>Plaintiff(s)<br><br>v.<br><br>COUNTY OF RIVERSIDE, et al.<br><br>Defendant(s) | CASE NUMBER<br><br>5:24-cv-00169-SSS (SHKx)<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:

COUNTY OF RIVERSIDE    ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

☒ to substitute  Nathan A. Oyster                                who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

444 S. Flower Street, Suite 2400
*Street Address*

Los Angeles, California 90071         noyster@bwslaw.com
*City, State, Zip*                    *E-Mail Address*

213-236-0600          213-236-0700          225307
*Telephone Number*    *Fax Number*          *State Bar Number*

as attorney of record instead of  TONY M. SAIN, LILIT ARABYAN
*List all attorneys from same firm or agency who are withdrawing.*

LEWIS BRISBOIS BISGAARD & SMITH LLP

633 West 5th Street, Suite 4000, Los Angeles, California 90071

**is hereby** ☐ GRANTED  ☐ DENIED

☒ The Court hereby orders that the request of  TONY M. SAIN, LILIT ARABYAN
*List all attorneys from same firm or agency who are withdrawing.*

LEWIS BRISBOIS BISGAARD & SMITH LLP, 633 West 5th Street, Suite 4000, Los Angeles, California 90071

to withdraw as attorney of record for  COUNTY OF RIVERSIDE

**is hereby** ☒ GRANTED  ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  March 18, 2024                        _____
                                              Sunshine S. Sykes, U. S. District Judge

G–01 ORDER (02/24)           **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**