LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORON LEKEITH LOWE<br><br>Plaintiff(s)<br><br>v.<br><br>COUNTY OF RIVERSIDE; CITY OF HEMET; DYLAN DETWILER; and DOES 1-10, inclusive,<br><br>Defendant(s). | CASE NUMBER:<br><br>Case No.: 5:24-cv-00169-SSS (SHKx)<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

[✓] The parties stipulate that _____Richard Copeland_____ may serve as the Panel Mediator in the above-captioned case. _____Marcel F. Sincich_____ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on _____tbd_____ (Date) and counsel will submit mediation statements seven calendar days before the session.

[ ] The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: March 29, 2024          /s/ Marcel F. Sincich
                               Attorney For Plaintiff   Koran Lekeith Lowe

Dated: _____                  _____
                               Attorney For Plaintiff   _____

Dated: March 29, 2024          /s/ Caylin W. Jones
                               Attorney For Defendant   County of Riverside

Dated: March 29, 2024          /s/ Andrea K. Kornblau
                               Attorney For Defendant   City of Hemet, Dylan Detwiler

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*