# EXHIBIT C

**CASH BOND**  AGENCY#: 202200493 / HPD
RECOMMENDED
DEF#1 No Bail
DEF#1 **Potential Life Sentence**
DEF#1 In Custody: 01/31/2022

MICHAEL A. HESTRIN
DISTRICT ATTORNEY

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
(Banning)

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>KORON LOWE<br>AKA: KORON LE KEITH LOWE<br>DOB: 08/09/1997<br>BOOKING#: 2022003378<br><br>Defendant. | D.A.#: 373451<br>CASE NO. BAF2200094<br>FIRST AMENDED FELONY COMPLAINT |

COUNT 1

The undersigned, under penalty of perjury upon information and belief, declares: That the above named defendant(s) KORON LOWE committed a violation of Penal Code section 187, subdivision (a), a felony, in that on or about January 25, 2022, in the County of Riverside, State of California, the defendant(s) did willfully and unlawfully murder ASASHA HALL, a human being. [25-L/L/D]

It is further alleged that probation may not be granted, nor shall execution and imposition of sentence be suspended because defendant KORON LOWE personally inflicted great bodily injury as defined under Penal Code section 12022.7, during the commission and attempted commission of the above crime within the meaning of Penal Code section 1203.075, subdivision (a). Notwithstanding Penal Code 1385 and any other provision of law this allegation and any finding pursuant to this allegation shall not be stricken by the court.

1

Received 11/18/2022

It is further alleged that in the commission and attempted commission of the above offense the defendant(s) personally and intentionally discharged a firearm and proximately caused great bodily injury and death to another person, not an accomplice, within the meaning of Penal Code sections 12022.53, subdivision (d) and 1192.7, subdivision (c)(8). [25-L]

It is further alleged that probation may not be granted, nor shall execution and imposition of sentence be suspended pursuant to Penal Code section 12022.53 subdivision (g).

## COUNT 2

That the above named defendant(s) KORON LOWE committed a violation of Penal Code section 664/187, subdivision (a), a felony, in that on or about January 25, 2022, in the County of Riverside, State of California, the defendant(s) did willfully, unlawfully, and with malice aforethought attempt the willful, deliberate and premeditated murder of KOREY HALL, a human being. [7-L]

It is further alleged that in the commission and attempted commission of the above offense the said defendant(s), KORON LOWE, personally and intentionally discharged a firearm, within the meaning of Penal Code sections 12022.53, subdivision (c) and 1192.7, subdivision (c)(8). [20yr. prison]

It is further alleged that probation may not be granted, nor shall execution and imposition of sentence be suspended pursuant to Penal Code section 12022.53 subdivision (g).

## COUNT 3

That the above named defendant(s) KORON LOWE committed a violation of Penal Code section 148, subdivision (a)(1), a misdemeanor, in that on or about January 26, 2022, in the County of Riverside, State of California, the defendant(s) did willfully and unlawfully resist, delay and obstruct a public officer, peace officer, and emergency medical technician in the discharge and attempt to discharge a duty of their office and employment. [1yr.]

## MARSY'S LAW

Information contained in the reports being distributed as discovery in this case may contain confidential information protected by Marsy's Law and the amendments to the California

Constitution, Article 1, Section 28. Any victim(s) in any above referenced charge(s) is entitled to be free from intimidation, harassment, and abuse. It may be unlawful for defendant(s), defense counsel, and any other person acting on behalf of the defendant(s) to use any information contained in the reports to locate or harass any victim(s) or the victim(s)'s family or to disclose any information that is otherwise privileged and confidential by law.

    I declare under penalty of perjury upon information and belief under the laws of the State of California that the foregoing is true and correct.
Dated: November 18, 2022

                                                     MICHAEL A. HESTRIN
                                                     District Attorney

                                                     By: Joshua R. Degonia
                                                     Deputy District Attorney