Nathan A. Oyster (SBN 225307)
E-mail:  noyster@bwslaw.com
Paul A. Aguilar (SBN 305624)
E-mail:  paguilar@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel:  213.236.0600　Fax:  213.236.2700

Attorneys for Defendant
COUNTY OF RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| KORON L. LOWE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF RIVERSIDE, a legal subdivision of the State of California; CITY OF HEMET, Hemet Police Department Officer DYLAN DETWILER, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendant. | Case No. 5:24-cv-00169-SSS (SHKx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY THE CASE**<br><br>Judge:　Hon. Sunshine S. Sykes<br><br>Date:　July 26, 2024<br>Time:　2:00 p.m.<br>Crtrm.:　2<br><br>[*Filed concurrently with: Defendant County of Riverside's Notice of Motion and Motion to Stay the Case; Declaration of Nathan A. Oyster; and, Defendant County of Riverside's Request for Judicial Notice in Support of County of Riverside's Notice of Motion and Motion to Stay the Case*] |

　　　　The Motion to Stay filed by Defendant COUNTY OF RIVERSIDE is hereby granted.  **IT IS HEREBY ORDERED:**

　　　　1.　　This case is stayed until any charges in *People of the State of California v. Koron Lowe*, Riverside Superior Court Case No. BAF2200094 (hereinafter "the Criminal Matter") that relate to the January 26, 2022 incident have been resolved;

　　　　2.　　Within 30 days of the conclusion of the Criminal Matter or the

resolution of the California Penal Code section 148(a)(1) charge that is currently part of the Criminal Matter, the parties shall submit a Joint Report advising the Court that the stay of this matter should be lifted; and

    3.    The parties shall submit a Joint Status Report, regarding the status of the Criminal Matter, to this Court every 180 days during the pendency of this stay.

**IT IS SO ORDERED.**

DATED:_____    _____
                                                                              Honorable Sunshine S. Sykes
                                                                              United States District Judge