Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Paul A. Aguilar (SBN 305624)
E-mail: paguilar@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendant
COUNTY OF RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| KORON L. LOWE,<br><br>      Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE, a legal subdivision of the State of California; CITY OF HEMET, Hemet Police Department Officer DYLAN DETWILER, an individual; and DOES 1 through 10, inclusive,,<br><br>      Defendant. | Case No. 5:24-cv-00169-SSS (SHKx)<br><br>**DEFENDANT COUNTY OF RIVERSIDE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO STAY THE CASE**<br><br>Judge: Sunshine S. Sykes<br><br>Date: July 26, 2024<br>Time: 2:00 p.m.<br>Crtrm.: 2<br><br>*[Notice of Motion and Motion of Defendant County of Riverside; and Declaration of Nathan A. Oyster]* |

# REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Defendant County of Riverside respectfully requests that the Court take judicial notice of the following:

1. Riverside County Superior Court criminal docket, *People of the State of California v. Koron Lowe*, Case No. BAF2200094, attached hereto as Exhibit "B"; and,

2. Amended Criminal Complaint, *People of the State of California v. Koron Lowe*, Case No. BAF2200094, attached hereto as Exhibit "C".

Federal Rule of Evidence 201(d) permits the Court to take judicial notice at any time. A judicially noticed fact must be one not subject to reasonable dispute in that it either: "(1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Courts may take judicial notice of records and filings of other court proceedings. *Bennett v. Medtronic, Inc.*, 285 F.3d 801, 803 n.2 (9th Cir. 2002). Courts may also take judicial notice of undisputed matters of public record, including papers filed with the state courts. See *Disabled Rts. Action Comm. v. Las Vegas Events, Inc.*, 375 F.3d 861, 866 n.1 (9th Cir. 2004); *Lundquist v. Cont'l Cas. Co.*, 394 F. Supp. 2d 1230, 1243 (C.D. Cal. 2005).

Dated: June 28, 2024

BURKE, WILLIAMS & SORENSEN, LLP

By: _____*s/ Nathan A. Oyster*_____
Nathan A. Oyster
Paul A. Aguilar
Attorneys for Defendant
COUNTY OF RIVERSIDE

4854-4632-5193 v1

2