# EXHIBIT B

# RIVERSIDE SUPERIOR COURT
## PUBLIC ACCESS

## Criminal Case Report

### Pay Ticket / Case Fine

Send me an email when this case is updated (click here) 

Print This Report
Purchase Documents for this Case
Close This Window

### Case BAF2200094 - Defendants

| Seq | Defendant | Next Court Date | Status | Agency / DR Number | Arrest Date | Count 1 Charge | Violation Date |
|---|---|---|---|---|---|---|---|
| 1 | LOWE, KORON | Return of Doctor's Report Hearing 07/02/2024 AT 8:30 AM DEPT. RMH | ACTIVE | HEPD 202200493 | 01/25/2022 | PC 187(A) | 01/25/2022 |
| | ALIAS: LOWE, KORON LE KEITH | | | | | | |

### Case BAF2200094 - LOWE, KORON - Status

| | | | |
|---|---|---|---|
| Filing Type | Complaint | Custody | In Custody |
| | | Filing Date | 01/31/2022 |
| Ordered Bail | $1,000,000.00 | Posted Bail | $0.00 |
| D.A. | Christina Walsh by Allison Roa | Defense | PVT James Teixeira |
| Next Action: | Return of Doctor's Report Hearing 07/02/2024 AT 8:30 AM DEPT. RMH | Deputy Report #: | HEPD 202200493 |

| Warrant | Type | Status | Issued | Affidavit |
|---|---|---|---|---|
| | | NONE | N/A | N/A |
| Probation | Type | Granted | Expiration | |
| | N/A | N/A | N/A | |
| Sentence | Convicted Date | Fine and Penalty | Restitution Fine | |
| | N/A | | 0 | |

### Case BAF2200094 - LOWE, KORON - Charges

**Arrest Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | PC 187(A) | F | Murder | 01/25/2022 | N/A | |

### Filed Charges

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | PC 187(A) | F | Murder | 01/25/2022 | NOT GUILTY | ACTIVE |
| | Enhancement | | Description | | Plea | Status |
| | PC 12022.53(D) | | Discharge firearm causing GBI | | DENY | ACTIVE |
| 2 | PC 664/187(A) | F | Attempted Murder | 01/25/2022 | NOT GUILTY | ACTIVE |
| | Enhancement | | Description | | Plea | Status |
| | PC 12022.53(C) | | Use Firearm w/Specific Felony | | DENY | ACTIVE |

### Alleged Charges

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 999 | PC 12022.53(G) | F | Probation shall not be granted | 01/25/2022 | | |

## Case BAF2200094 - LOWE, KORON - Probation

**Probation Has Not Been Granted On This Case For This Defendant.**

## Case BAF2200094 - LOWE, KORON - Related Cases On Calendar

| Related Cases On Calendar |
|---|
| This Defendant Does Not Have Any Other Cases With Future Hearings Scheduled. |

## Case BAF2200094 - LOWE, KORON - All of Defendant's Other Cases

| Case Number | Filed Date | Charges | Next Hearing | Jurisdiction | Status |
|---|---|---|---|---|---|
| This Defendant Does Not Have Any Other Reportable Cases. | | | | | |

## Case BAF2200094 - LOWE, KORON - Actions & Minutes

| Action Date | Action Text | Disposition | Hearing Type |
|---|---|---|---|
| 07/02/2024 8:30 AM DEPT. RMH | RETURN OF DOCTOR'S REPORT HEARING | ACTIVE | |
| 06/05/2024 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 06/05/2024 8:30 AM DEPT. RMH | RETURN OF DOCTOR'S REPORT HEARING | DISPOSED | |
| Minutes | [Print Minute Order] | | |
| 05/28/2024 | DOCTOR'S REPORT FILED - CONFIDENTIAL (CORRECTED COMPETENCY EVALUATION FROM A.BROWN PHD) | | |
| 05/28/2024 | DOCTOR'S REPORT FILED - CONFIDENTIAL (1368-1370 COMPETENCY EVALUATION FROM A. BROWN PHD) | | |
| 04/10/2024 | NOTICE OF APPOINTMENT OF MEDICAL EXAMINER FILED. | | |

| | | | |
|---|---|---|---|
| 04/10/2024 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 04/10/2024 | CORRESPONDENCE FROM DR. SHALBE EALEY FILED (CONFIDENTIAL) | | |
| 04/10/2024 8:30 AM DEPT. RMH | HEARING SET RE: OSC RIVERSIDE SHERIFF | DISPOSED | |
| Minutes | Print Minute Order | | |
| 03/28/2024 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 03/28/2024 8:30 AM DEPT. RMH | HEARING SET RE: OSC RIVERSIDE SHERIFF | DISPOSED | |
| Minutes | Print Minute Order | | |
| 03/28/2024 8:30 AM DEPT. RMH | RETURN OF DOCTOR'S REPORT HEARING | VACATED | |
| 03/15/2024 | CORRECTIONAL HEALTHCARE HEALTH INFORMATION FILED (CONFIDENTIAL) | | |
| 03/14/2024 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 03/14/2024 8:30 AM DEPT. RMH | CALENDAR ADD-ON: ORDER FOR A NEW PAIR OF GLASSES | DISPOSED | |
| Minutes | Print Minute Order | | |
| 03/12/2024 | REQUEST FOR CALENDAR ADD-ON FILED. | | |
| 02/13/2024 | CORRECTIONAL HEALTHCARE HEALTH INFORMATION FILED (CONFIDENTIAL) | | |
| 02/08/2024 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 02/08/2024 8:30 AM DEPT. RMH | RETURN OF DOCTOR'S REPORT HEARING | DISPOSED | |
| Minutes | Print Minute Order | | |
| 12/07/2023 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 12/07/2023 8:30 AM DEPT. RMH | RETURN OF DOCTOR'S REPORT HEARING | DISPOSED | |
| Minutes | Print Minute Order | | |
| 11/22/2023 | DOCTOR'S REPORT FILED - CONFIDENTIAL (MELANIE MURUA PSYD) | | |
| 10/12/2023 | NOTICE OF APPOINTMENT OF MEDICAL EXAMINER FILED. | | |
| 10/12/2023 | NOTICE OF APPOINTMENT OF MEDICAL EXAMINER FILED. | | |
| 10/12/2023 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 10/12/2023 8:30 AM DEPT. RMH | 1368 PC REFERRAL FOR APPOINTMENT OF MEDICAL EXAMINER. | DISPOSED | |

| Date/Time | Event | Status | Type |
|---|---|---|---|
| | Minutes    Print Minute Order | | |
| 09/14/2023 8:30 AM DEPT. B101 | HEARING ON MOTION FOR CONTINUANCE PURSUANT TO 1050PC FILED BY DISTRICT ATTORNEY | DISPOSED | |
| | Minutes    Print Minute Order | | |
| 09/14/2023 8:30 AM DEPT. B101 | PRELIMINARY HEARING | DISPOSED | |
| | Minutes    Print Minute Order | | |
| 09/06/2023 | MOTION FOR CONTINUANCE PURSUANT TO 1050 PC FILED BY DISTRICT ATTORNEY | | |
| 08/22/2023 8:30 AM DEPT. B101 | CALENDAR ADD-ON: RELEASE OF DEFENDANTS MEDICAL RECORDS | DISPOSED | |
| | Minutes    Print Minute Order | | |
| 08/21/2023 8:30 AM DEPT. B101 | CALENDAR ADD-ON: RELEASE OF DEFENDANTS MEDICAL RECORDS | DISPOSED | |
| | Minutes    Print Minute Order | | |
| 08/09/2023 | REQUEST FOR CALENDAR ADD-ON FILED. | | |
| 08/01/2023 8:30 AM DEPT. B101 | FELONY SETTLEMENT CONFERENCE | DISPOSED | TSC |
| | Minutes    Print Minute Order | | |
| 05/17/2023 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 05/17/2023 8:30 AM DEPT. B101 | FELONY SETTLEMENT CONFERENCE | DISPOSED | TSC |
| | Minutes    Print Minute Order | | |
| 02/22/2023 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 02/22/2023 8:30 AM DEPT. B101 | FELONY SETTLEMENT CONFERENCE | DISPOSED | TSC |
| | Minutes    Print Minute Order | | |
| 11/18/2022 | ELECTRONIC - AMENDED COMPLAINT RECEIVED. | | |
| 11/03/2022 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 11/03/2022 8:30 AM DEPT. B101 | FELONY SETTLEMENT CONFERENCE | DISPOSED | TSC |
| | Minutes    Print Minute Order | | |

| Date | Event | Status | Type |
|---|---|---|---|
| 09/08/2022 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 09/07/2022 8:30 AM DEPT. B101 | FELONY SETTLEMENT CONFERENCE | DISPOSED | TSC |
| Minutes | Print Minute Order | | |
| 07/18/2022 | CORRECTIONAL HEALTHCARE SERVICES - COMPLIANCE WITH COURT ORDER FILED. (CONFIDENTIAL) | | |
| 07/13/2022 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 07/13/2022 8:30 AM DEPT. B101 | FELONY SETTLEMENT CONFERENCE | DISPOSED | TSC |
| Minutes | Print Minute Order | | |
| 05/20/2022 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 05/20/2022 8:30 AM DEPT. B101 | ARRAIGNMENT | DISPOSED | ARRAIGNMENT |
| Minutes | Print Minute Order | | |
| 05/18/2022 | CORRECTIONAL HEALTHCARE SERVICES - COMPLIANCE WITH COURT ORDER FILED. (CONFIDENTIAL) | | |
| 05/16/2022 8:30 AM DEPT. B101 | CALENDAR ADD-ON: DEFENDANT STATUS | DISPOSED | |
| Minutes | Print Minute Order | | |
| 04/11/2022 | CORRECTIONAL HEALTHCARE SERVICES - COMPLIANCE WITH COURT ORDER FILED. (CONFIDENTIAL) | | |
| 04/06/2022 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 04/06/2022 8:30 AM DEPT. B101 | ARRAIGNMENT | DISPOSED | ARRAIGNMENT |
| Minutes | Print Minute Order | | |
| 03/24/2022 | SUBPOENAED DOCUMENTS RECEIVED FROM RIVERSIDE UNIVERSITY HEALTH AND FORWARDED TO RECORDS DIVISION. | | |
| 03/24/2022 | SUBPOENAED DOCUMENTS RECEIVED FROM RIVERSIDE UNIVERSITY HEALTH SYSTEM AND FORWARDED TO RECORDS DIVISIO. | | |
| 02/17/2022 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | |
| 02/17/2022 8:30 AM DEPT. B101 | ARRAIGNMENT | DISPOSED | ARRAIGNMENT |
| Minutes | Print Minute Order | | |

| Date | Event | | Status | Type |
|---|---|---|---|---|
| 02/14/2022 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | | |
| 02/14/2022 8:30 AM DEPT. B101 | ARRAIGNMENT | | DISPOSED | ARRAIGNMENT |
| Minutes | Print Minute Order | | | |
| 02/04/2022 | REQUEST FOR CONTINUANCE PURSUANT TO PC 1050 FILED. | | | |
| 02/04/2022 8:30 AM DEPT. B101 | ARRAIGNMENT | | DISPOSED | ARRAIGNMENT |
| Minutes | Print Minute Order | | | |
| 02/03/2022 8:30 AM DEPT. B101 | ARRAIGNMENT | | DISPOSED | ARRAIGNMENT |
| Minutes | Print Minute Order | | | |
| 02/02/2022 8:30 AM DEPT. B101 | ARRAIGNMENT | | DISPOSED | ARRAIGNMENT |
| Minutes | Print Minute Order | | | |
| 02/01/2022 8:30 AM DEPT. B101 | ARRAIGNMENT | | DISPOSED | ARRAIGNMENT |
| Minutes | Print Minute Order | | | |
| 01/31/2022 1:30 PM DEPT. B101I | FELONY INCUSTODY ARRAIGNMENT | | DISPOSED | ARRAIGNMENT |
| Minutes | Print Minute Order | | | |
| 01/31/2022 | CASE DESIGNATION: VERTICAL. CASE ASSIGNED TO DEPT. B101 | | | |
| 01/31/2022 | FINGERPRINTS COMPLETED - AGENCY. | | | |
| 01/31/2022 | ELECTRONIC - COMPLAINT FILED. | | | |

### Case BAF2200094 - LOWE, KORON - Fine Information

*Date To Pay:* **N/A**   *First Payment:* II

*Prior NSF:*   *Payment Amount:* **$0.00**   *Last Payment:* II

| Fine Number | Fine Type | Fine Description | Original Amount | Paid To Date | Current Due |
|---|---|---|---|---|---|
| | | | | | |
| | | **Total:** | $0.00 | $0.00 | $0.00 |

[Print This Report]

[Purchase Documents for this Case]

[Close This Window]

Riverside Public Access 5.7.27 © 2024 Journal Technologies, Inc. All Rights Reserved. www.isd-corp.com
**Contact Us**