Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Zareh Bursalyan (SBN 356603)
E-mail: zbursalyan@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2953
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendant
COUNTY OF RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORON L. LOWE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF RIVERSIDE, a legal subdivision of the State of California; CITY OF HEMET, Hemet Police Department Officer DYLAN DETWILER, an individual; and DOES 1 through 10, inclusive,,<br><br>　　　　　Defendant. | Case No. 5:24-cv-00169-SSS (SHKx)<br><br>**THIRD JOINT STATUS REPORT REGARDING STAY OF THE CASE**<br><br>Judge: Hon. Sunshine S. Sykes |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

　　Plaintiff KORON L. LOWE (hereinafter "Plaintiff"), Defendant COUNTY OF RIVERSIDE, and Defendants CITY OF HEMET and HEMET POLICE DEPARTMENT OFFICER DYLAN DETWILER, through their counsel of record, hereby submit the following Third Joint Status Report, pursuant to this Court's August 5, 2024 Order [Document No. 36], as follows:

　　On January 31, 2022, the Riverside County District Attorney's Office filed charges against Plaintiff in <u>People v. Lowe</u>, Riverside County Superior Court Case No. BAF2200094 (hereinafter "the Criminal Action"). A criminal charge alleging that Plaintiff violated California Penal Code section 148(a)(1) remains pending in

1  the Criminal Action.  Defendants believe that this matter should remain stayed.

2      The Plaintiff understands that the criminal case may be resolved soon in a way that allows discovery here to go forward.  The Plaintiff will provide the Court with a further update as soon as more information becomes available.

Dated:  February 5, 2026         BURKE, WILLIAMS & SORENSEN, LLP

By:     */s/ Zareh Bursalyan*
    Nathan A. Oyster
    Zareh Bursalyan
    Attorney for Defendant
    COUNTY OF RIVERSIDE

Dated:  February 5, 2026         LAW OFFICES OF DALE K. GALIPO

By:     */s/ Marcel F. Sincich*
    Dale K. Galipo
    Marcel F. Sincich
    Attorneys for Plaintiff
    KORON LOWE

Dated:  February 5, 2026         MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP

By:     */s/ Andrea K. Kornblau*
    Eugene P. Ramirez
    Kimberly L. Aceves
    Andrea K. Kornblau
    Attorneys for Defendants
    CITY OF HEMET AND DYLAN DETWILER