Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Raymond W. Sakai (SBN 193507)
E-mail: rsakai@bwslaw.com
Zareh Bursalyan (SBN 356603)
E-mail: zbursalyan@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendant
COUNTY OF RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KORON L. LOWE, | Case No. 5:24-cv-00169-SSS (SHKx) |
| --- | --- |
| Plaintiff, | **FOURTH JOINT STATUS REPORT REGARDING STAY OF THE CASE** |
| v. | |
| COUNTY OF RIVERSIDE, a legal subdivision of the State of California; CITY OF HEMET, Hemet Police Department Officer DYLAN DETWILER, an individual; and DOES 1 through 10, inclusive, | Judge: Hon. Sunshine S. Sykes |
| Defendant. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff KORON L. LOWE (hereinafter "Plaintiff"), Defendant COUNTY OF RIVERSIDE, and Defendants CITY OF HEMET and HEMET POLICE DEPARTMENT OFFICER DYLAN DETWILER, through their counsel of record, hereby submit the following Fourth Joint Status Report, pursuant to this Court's August 5, 2024 Order [Document No. 36], as follows:

On January 31, 2022, the Riverside County District Attorney's Office filed charges against Plaintiff in People v. Lowe, Riverside County Superior Court Case No. BAF2200094 (hereinafter "the Criminal Action"). A criminal charge alleging that Plaintiff violated California Penal Code section 148(a)(1) remains pending in

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4926-1247-6356 v4

1

Case No. 5:24-cv-00169-SSS (SHKx)
FOURTH JOINT STATUS REPORT
REGARDING STAY OF THE CASE

the Criminal Action.

Plaintiff's counsel understands that the criminal jury trial is currently set for September 22, 2026, before the Honorable Mark E. Singerton. Plaintiff contends that the stay should be lifted in a way that allows discovery to go forward. However, under the circumstances, Plaintiff suggests that the next status report be due no later than October 15, 2026.

Defendants believe that this matter should remain stayed "pending resolution of the criminal proceedings" as ordered by the Court. See Dkt. 36, p. 6. Defendants are open to meet and confer with Plaintiff regarding the stay of this case following resolution of the criminal proceedings.

Dated:  August 5, 2026                    BURKE, WILLIAMS & SORENSEN, LLP


By:      /s/ Zareh Bursalyan
         Nathan A. Oyster
         Raymond W. Sakai
         Zareh Bursalyan[1]
         Attorney for Defendant
         COUNTY OF RIVERSIDE


Dated:  August 5, 2026                    LAW OFFICES OF DALE K. GALIPO


By:      /s/ Marcel F. Sincich
         Dale K. Galipo
         Marcel F. Sincich
         Attorneys for Plaintiff
         KORON LOWE

---

[1] I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4926-1247-6356 v4

2

Case No. 5:24-cv-00169-SSS (SHKx)
FOURTH JOINT STATUS REPORT
REGARDING STAY OF THE CASE

Dated:  August 5, 2026

MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP


By:       /s/ Andrea K. Kornblau
          Eugene P. Ramirez
          Kimberly L. Aceves
          Andrea K. Kornblau
          Attorneys for Defendants
          CITY OF HEMET AND DYLAN DETWILER

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4926-1247-6356 v4

3

Case No. 5:24-cv-00169-SSS (SHKx)
FOURTH JOINT STATUS REPORT
REGARDING STAY OF THE CASE